UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIEM DUC LE,

    Plaintiff,

    v.

INTEL CORPORATION d/b/a INTEL CORPORATION OF WASHINGTON,

    Defendant.

Case No. C06-5458FDB

ORDER DIRECTING PLAINTIFF TO ADVISE COURT RE REPRESENTATION

Plaintiff's counsel moves to withdraw and shows that the proper notifications to his client and opposing counsel have been made. No objection to the motion to withdraw has been filed. Before counsel will be allowed to withdraw, however, Plaintiff must advise the Court whether he intends to proceed *in forma pauperis* or whether he will employ new counsel.

ACCORDINGLY, IT IS ORDERED: By no later than Friday, October 27, 2006 Plaintiff Kiem Duc Le shall advise the Court whether he intends to proceed *in forma pauperis* or whether he intends to employ new counsel. If the latter, new counsel should appear by October 27, 2006.

DATED this 6th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1