UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIEM DUC LE,<br><br>    Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION d/b/a INTEL CORPORATION OF WASHINGTON,<br><br>    Defendant. | Case No. C06-5458FDB<br><br>CORRECTED ORDER DIRECTING PLAINTIFF TO ADVISE COURT RE REPRESENTATION |

Plaintiff's counsel properly moved to withdraw, and no objection has been filed. Before counsel will be allowed to withdraw, however, Plaintiff must advise the Court by filing a document herein stating whether he intends to proceed pro se (representing himself) or whether he will employ new counsel. ACCORDINGLY,

IT IS ORDERED: By no later than Friday, October 27, 2006, Plaintiff Kiem Duc Le shall advise the Court whether he intends to proceed with this case representing himself, or whether he intends to employ new counsel. If the latter, new counsel should appear by October 27, 2006.

DATED this 10th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1