1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

KIEM DUC LE,

       Plaintiff,

    v.

INTEL CORPORATION d/b/a INTEL
CORPORATION OF WASHINGTON,

       Defendant.

Case No. C06-5458FDB

ORDER TO APPEAR

16

17

18

      Plaintiff has responded to the Court's order requiring him to advise the Court on how Plaintiff plans to proceed with his case.  In order to be more fully advised, the motion to withdraw with be set for a hearing.  ACCORDINGLY,

19

20

21

      IT IS ORDERED: Plaintiff Kiem Duc Le and counsel John R. Bonin SHALL APPEAR in the Courtroom of the undersigned judge for a hearing on the motion to withdraw on WEDNESDAY, NOVEMBER 1, 2006 at 2:00 p.m.

22

      DATED this 26th day of October, 2006.

23

24

25

                           FRANKLIN D. BURGESS
                           UNITED STATES DISTRICT JUDGE

26

ORDER - 1