UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIEM DUC LE,

        Plaintiff,

    v.

INTEL CORPORATION d/b/a INTEL
CORPORATION OF WASHINGTON,

        Defendant.

Case No. C06-5458FDB

ORDER GRANTING MOTION TO
WITHDRAW

Plaintiff's counsel John R. Bonin has moved to withdraw, having notified his client and opposing counsel.  The Court having heard argument and being fully advised, now grants the motion. Plaintiff shall have until November 24, 2006 to seek new counsel.   ACCORDINGLY,

IT IS ORDERED:

(1) Motion of John R. Bonin to withdraw as legal counsel for Plaintiff Kiem Duc Le [Dkt. # 8] is GRANTED;

(2) Plaintiff shall have until November 24, 2006 to employ new counsel, who shall appear on or before that date.  If Plaintiff does not employ new counsel, he shall advise the Court on or before November 24, 2006 that he is going to proceed to represent himself.

DATED this 1st day of November, 2006.

                                            _____

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1